No. 92–7181.  DAVENPORT v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–7182.  CLAGGETT v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 92–7185.  SENTER v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 6th Cir.  Certiorari denied.

No. 92–7193.  POWELL v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 92–7202.  WAWZJNAK v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 92–7225.  MCNEILL v. BENTSEN, SECRETARY OF THE TREASURY; and
No. 92–7226.  MCNEILL v. BENTSEN, SECRETARY OF THE TREASURY.  C. A. D. C. Cir.  Certiorari denied.

No. 92–7233.  HARVEY v. ORTIZ, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 92–7245.  CARDOUNEL v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 92–7269.  VILLANUEVA v. ILLINOIS.  C. A. 7th Cir.  Certiorari denied.

No. 92–7270.  BRANTLEY v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 92–7271.  HANNER v. PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 92–7274.  ABLES v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 92–7277.  SLABOCHOVA v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.  C. A. 6th Cir.  Certiorari denied.